B283  (Form 283) (04/13)

# UNITED STATES BANKRUPTCY COURT

_Eastern_ _____   District Of ___ _PA_ _____

In re _Vincent Talmadge_ _____      Case No. _11-12428_ ____
              Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

_Part I. Certification Regarding Domestic Support Obligations (check no more than one)_

    Pursuant to 11 U.S.C. Section 1328(a), I certify that:

    ☑    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

    ☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

_Part II. If you checked the second box, you must provide the information below._

    My current address: _____

    My current employer and my employer's address:_____

    _____

_Part III. Certification Regarding Section 522(q) (check no more than one)_

    Pursuant to 11 U.S.C. Section 1328(h), I certify that:

    ☑    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

    ☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

_Part IV. Debtor's Signature_

        I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _10/28/16_ ____             _Vincent Talmadge_ _____
         Date                                    Debtor