IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Vincent Talmadge | | |
| Rachel I. Talmadge Smith | : | |
| | : | No. 11-12428-SR |
| Debtors | | |

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtors, by their attorney, David M. Offen, have filed a Motion to Transfer Property located at 6518 Saybrook Avenue, Philadelphia, PA to Mortgage Holder, Wells Fargo Bank, N.A. as Trustee for the Certificate Holders of Park Place Securities, Inc., Asset-Backed Pass Through Certificate Series 2004-WCW1 Serviced by Select Portfolio Servicing, LLC, or any assignee or proper party thereof.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **December 7, 2016** you or your attorney must do all of the following:

    (a) file an answer explaining your position at
        Office of the Clerk
        U.S. Bankruptcy Court
        Suite 400
        900 Market Street
        Philadelphia, Pa. 19107

If you mail your answer to the Bankruptcy Clerks office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's Attorney
        David M. Offen, Esquire
        Suite 160 West, The Curtis Center
        601 Walnut Street
        Philadelphia, Pa. 19106

Frederick L. Reigle, Trustee
PO Box 4010
Reading, PA 19606

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Stephen Raslavich, United States Bankruptcy Judge on **December 21, 2016, at 10:00 AM** in Courtroom #4, United States Bankruptcy Court, 900 Market Street, 2nd Floor.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.