```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                          : CHAPTER 13

     Vincent Talmadge
     Rachel I. Talmadge Smith        : No. 11-12428-SR
```

**PRAECIPE  TO  WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Motion to Transfer Property back to Mortgage Holder (Re: Property located at 6314 Theodore Street, Philadelphia, PA), filed on November 23, 2016.

```
                                     /s/ David M. Offen
                                     David M. Offen, Esquire
                                     Curtis Center, 1st Fl., Ste. 160 W
                                     601 Walnut Street
                                     Philadelphia, PA  19106
                                     215-625-9600
Dated:12/6/16
```