```
                    IN THE UNITED STATE BANKRUPTCY COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA


    In Re:    Vincent Talmadge            )   Chapter 13
              Rachel I. Talmadge-Smith    )
                                          )   No 11-12428-SR
              Debtors                     )
                                          )
```

## CERTIFICATION OF NO OBJECTION

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Transfer Property, and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
Attorney for Debtors