**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Vincent Talmadge and Rachel I. Talmadge-Smith<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 11-12428 SR |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 2785

                                            Respectfully submitted,

                                            **/s/Thomas Puleo, Esquire**
                                            Thomas Puleo, Esquire
                                            Brian C. Nicholas, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406