IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Vincent Talmadge
Rachel I. Talmadge Smith : No. 11-12428-SR

Debtors

O R D E R

AND NOW, this_____ day of_____ ,2016, upon consideration of the Motion to Transfer Property to Mortgage Holder, it is hereby

ORDERED, that the debtors property located at 6518 Saybrook Avenue, Philadelphia, PA 19142, is hereby permitted to be transferred to the Mortgage Holder, Wells Fargo Bank, N.A. as Trustee for the Certificate Holders of Park Place Securities, Inc., Asset-Backed Pass Through Certificate Series 2004-WCW1 Serviced by Select Portfolio Servicing, LLC, or any assignee or proper party thereof.

Dated: December 21, 2016

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L. Reigle, Trustee

David M. Offen, Esquire

Craig A. Edelman, as Creditor's
Authorized Agent
PO Box 829009
Dallas, TX 75382-9009

Danielle Boyle-Ebersole, Esq.
298 Wissahickon Avenue
North Wales, PA 19454

Diana Duarte, Authorized Agent
Wells Fargo, N.A.
3815 South West Temple
Salt Lake City, UT 84115

Bank of America, N.A. Successor by merger
to BAC Home Loan Servicing, LP
400 National Way, Mail Stop CA6-919-01-23
Simi Valley, California 93065