IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 13
                                          :
Vincent Talmadge
Rachel I. Talmadge Smith                  :        No. 11-12428-SR

Debtors

ORDER

AND NOW, this_____ day of_____,2016, upon consideration of the Motion to Transfer Property to Mortgage Holder, it is hereby

ORDERED, that the debtors property located at 6404 Glenmore Street, Philadelphia PA 19142, is hereby permitted to be transferred to the Mortgage Holder, Wells Fargo Bank, N.A, or any assignee or proper party thereof.

Dated: December 21, 2016

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L. Reigle, Trustee

David M. Offen, Esquire