United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Vincent Talmadge
Rachel I. Talmadge-Smith
    Debtors

Case No. 11-12428-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Dec 21, 2016
                         Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
db/jdb        +Vincent Talmadge,    Rachel I. Talmadge-Smith,    2127 S. Opal Street,
                 Philadelphia, PA 19145-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For The Pooling And
         Servicing Agreement etal paeb@fedphe.com
         ANTHONY R. DISTASIO    on behalf of Creditor    WELLS FARGO BANK NA ard@ldaklaw.com
         CHANDRA M. ARKEMA    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK,
         N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed
         Pass-Through Certificates Series 2004-WHQ1 pabk@logs.com
         DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust
         for the registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through
         Certificates, Series 2004-WCW1 debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
         DAVID H. LIPOW    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust for the
         registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through Certificates,
         Series 2004-WCW1 bkecf@milsteadlaw.com,  dlipow@milsteadlaw.com
         DAVID M. OFFEN    on behalf of Joint Debtor Rachel I. Talmadge-Smith dmo160west@gmail.com,
         davidoffenecf@gmail.com
         DAVID M. OFFEN    on behalf of Debtor Vincent  Talmadge dmo160west@gmail.com,
         davidoffenecf@gmail.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
         JOHN ERIC KISHBAUGH    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK,
         N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed
         Pass-Through Certificates Series 2004-WHQ1 jkishbaugh@udren.com,   vbarber@udren.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         KIMBERLY A. BONNER    on behalf of Creditor    US Bank National Association, as Trustee for Credit
         Suisse First Boston 2005-8 amps@manleydeas.com
         MARGARET   GAIRO    on behalf of Creditor    WELLS FARGO BANK NA ecfmail@mwc-law.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A. mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
         SHERNESE V. WOODBINE    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
         tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                       TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Vincent Talmadge
Rachel I. Talmadge Smith : No. 11-12428-SR

Debtors

ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of the Motion to Transfer Property to Mortgage Holder, it is hereby

ORDERED, that the debtors property located at 2059 S. 57th Street, Philadelphia PA 19143 is hereby permitted to be transferred to the Mortgage Holder, Wells Fargo Bank, N.A, or any assignee or proper party thereof.

Dated: December 21, 2016

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L. Reigle, Trustee

David M. Offen, Esquire

Wells Fargo Bank, N.A.
Home Equity Group
Jacob France, Bankruptcy Representative
X2303-01A-1 Home Campus
Des Moines, IA 50328-0001

Linton, Distasio & Edwards, P.C.
Anthony R. Distasio, Esquire
1720 Mineral Spring Road
Po Box 461
Reading, PA 19603-0461