United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Vincent Talmadge  
Rachel I. Talmadge-Smith  
    Debtors

Case No. 11-12428-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Dec 21, 2016  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
db/jdb       +Vincent Talmadge,   Rachel I. Talmadge-Smith,   2127 S. Opal Street,    Philadelphia, PA 19145-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:

         ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For The Pooling And Servicing Agreement etal paeb@fedphe.com  
         ANTHONY R. DISTASIO    on behalf of Creditor    WELLS FARGO BANK NA ard@ldaklaw.com  
         CHANDRA M. ARKEMA    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK, N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed Pass-Through Certificates Series 2004-WHQ1 pabk@logs.com  
         DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust for the registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through Certificates, Series 2004-WCW1 debersole@hoflawgroup.com, bbleming@hoflawgroup.com  
         DAVID H. LIPOW    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust for the registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through Certificates, Series 2004-WCW1 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com  
         DAVID M. OFFEN    on behalf of Joint Debtor Rachel I. Talmadge-Smith dmo160west@gmail.com, davidoffenecf@gmail.com  
         DAVID M. OFFEN    on behalf of Debtor Vincent  Talmadge dmo160west@gmail.com, davidoffenecf@gmail.com  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOHN ERIC KISHBAUGH    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK, N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed Pass-Through Certificates Series 2004-WHQ1 jkishbaugh@udren.com,  vbarber@udren.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         KIMBERLY A. BONNER    on behalf of Creditor    US Bank National Association, as Trustee for Credit Suisse First Boston 2005-8 amps@manleydeas.com  
         MARGARET  GAIRO    on behalf of Creditor    WELLS FARGO BANK NA ecfmail@mwc-law.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         SHERNESE V. WOODBINE    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com  
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                  TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :    CHAPTER 13
                                        :
Vincent Talmadge                        :
Rachel I. Talmadge Smith                :    No. 11-12428-SR

                    Debtors

O R D E R

AND NOW, this_____ day of_____, 2016, upon consideration of the Motion to Transfer Property to Mortgage Holder, it is hereby

ORDERED, that the debtors property located at 6518 Saybrook Avenue, Philadelphia, PA 19142, is hereby permitted to be transferred to the Mortgage Holder, Wells Fargo Bank, N.A. as Trustee for the Certificate Holders of Park Place Securities, Inc., Asset-Backed Pass Through Certificate Series 2004-WCW1 Serviced by Select Portfolio Servicing, LLC, or any assignee or proper party thereof.

Dated: December 21, 2016

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L. Reigle, Trustee

David M. Offen, Esquire

Craig A. Edelman, as Creditor's
Authorized Agent
PO Box 829009
Dallas, TX 75382-9009

Danielle Boyle-Ebersole, Esq.
298 Wissahickon Avenue
North Wales, PA 19454

Diana Duarte, Authorized Agent
Wells Fargo, N.A.
3815 South West Temple
Salt Lake City, UT 84115

Bank of America, N.A. Successor by merger
to BAC Home Loan Servicing, LP
400 National Way, Mail Stop CA6-919-01-23
Simi Valley, California 93065