United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Vincent Talmadge
Rachel I. Talmadge-Smith
    Debtors

Case No. 11-12428-sr
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: Virginia              Page 1 of 2                  Date Rcvd: Dec 21, 2016
                               Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2016.
```
db/jdb         +Vincent Talmadge,    Rachel I. Talmadge-Smith,    2127 S. Opal Street,
                 Philadelphia, PA 19145-3605
13191989       +Wells Fargo Bank, N.A., as Trustee , fo,   Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12502322      ##+Bank of America, N.A.,    400 National Way,   Mail Stop: CA6-919-01-23,
                 Simi Valley, CA 93065-6414
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2016 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For The Pooling And
               Servicing Agreement etal paeb@fedphe.com
              ANTHONY R. DISTASIO    on behalf of Creditor    WELLS FARGO BANK NA ard@ldaklaw.com
              CHANDRA M. ARKEMA    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK,
               N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed
               Pass-Through Certificates Series 2004-WHQ1 pabk@logs.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust
               for the registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through
               Certificates, Series 2004-WCW1 debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust for the
               registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through Certificates,
               Series 2004-WCW1 bkecf@milsteadlaw.com,    dlipow@milsteadlaw.com
              DAVID M. OFFEN    on behalf of Joint Debtor Rachel I. Talmadge-Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Vincent  Talmadge dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN ERIC KISHBAUGH    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK,
               N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed
               Pass-Through Certificates Series 2004-WHQ1 jkishbaugh@udren.com,    vbarber@udren.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    US Bank National Association, as Trustee for Credit
               Suisse First Boston 2005-8 amps@manleydeas.com
              MARGARET  GAIRO    on behalf of Creditor    WELLS FARGO BANK NA ecfmail@mwc-law.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SHERNESE V. WOODBINE    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
```

```
District/off: 0313-2          User: Virginia             Page 2 of 2              Date Rcvd: Dec 21, 2016
                              Form ID: pdf900            Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
       tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                                                        TOTAL: 18

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
:
Vincent Talmadge
Rachel I. Talmadge Smith : No. 11-12428-SR

Debtors

ORDER

AND NOW, this _____ day of _____ ,2016, upon consideration of the Motion to Transfer Property to Mortgage Holder, it is hereby

ORDERED, that the debtors property located at 6404 Glenmore Street, Philadelphia PA 19142, is hereby permitted to be transferred to the Mortgage Holder, Wells Fargo Bank, N.A, or any assignee or proper party thereof.

Dated: December 21, 2016

_____
HONORABLE STEPHEN RASLAVICH
UNITED STATES BANKRUPTCY JUDGE

cc:

Frederick L. Reigle, Trustee

David M. Offen, Esquire