United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 11-12428-sr
Vincent Talmadge                                                 Chapter 13
Rachel I. Talmadge-Smith
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia               Page 1 of 3          Date Rcvd: Dec 22, 2016
                              Form ID: 138NEW              Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2016.
```
db/jdb       +Vincent Talmadge,    Rachel I. Talmadge-Smith,    2127 S. Opal Street,
               Philadelphia, PA 19145-3605
cr           +Ocwen Loan Servicing, LLC,    c/o Udren Law Offices, P.C.,    Woodcrest Corporate Center,
               111 Woodcrest Rd., Ste. 200,    Cherry Hill, NJ 08003-3620
cr           +WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC# X2303-01A,    DES MOINES, IA 50328-0001
12338141     ++ABSOLUTE RESOLUTIONS CORP,    PO BOX 880306,    SAN DIEGO CA 92168-0306
              (address filed with court: Absolute Resolutions Corp,     6602 El Cajon Blvd.,
               San Diego, CA 92115)
12338143     +Americas Servicing Co,    Po Box 10328,   Des Moines, IA 50306-0328
12338145     +Ashleigh Levy,    200 Sheffield Street,   Mountainside, NJ 07092-2314
12338146     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
12338148     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
12338154      Jefferson University Hospitals,    Thomas Jefferson Univ. Hosp.,    POB 8500-3100,
               Philadelphia, PA 19178-3100
12338155     +Mary L. Harbert-Bell, Esq.,    220 Lake Drive East, Suite 301,    Cherry Hill, NJ 08002-1165
12338156     +McCabe, Weisberg and Conway, P.C.,    Suite 2080,    123 S. Broad Street,
               Philadelphia, PA 19109-1031
12338157     #+Michael J. Dougherty, Esq,    Weltman, Weinberg and Reis Co., LPA,
               325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
12430146     +OLD REPUBLIC INSURANCE,    C/O LCS FINANCIAL SERVICES,     6782 S. POTOMAC ST #100,
               CENTENNIAL, CO 80112-3915
12338159     +Old Republic Equity Credit Services,    307 North Michigan Avenue, 15th Floor,
               Chicago, IL 60601-5405
12338160     +PGW,   800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
12338163     +Police And Fire Fcu,    2837 Southampton Rd,    Philadelphia, PA 19154-1206
12338161     +Police and Fire F.C.U.,    901 Arch Strreet,    Philadelphia, PA 19107-2495
12338164     +Pro Co,   P.O. Box 2462,    Aston, PA 19014-0462
12338165     +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
12356832     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,     PO BOX 8026,
               Cedar Rapids, IA. 52408-8026)
12338166     +Terence J. McCabe, Esq.,    123 S. Broad Street, Suite 2080,    Philadelphia, PA 19109-1031
12338167      Thomas Jefferson University Hospitals,    P.O. Box 8500-3100,    Philadelphia, PA 19178-3100
12338168     +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
12385919      Toyota Motor Credit Corporation (TMCC),     PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
12338153     ++WACHOVIA BANK NA,    MAC X2303-01A,   1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
              (address filed with court: Homeq Servicing,    Po Box 13716,    Sacramento, CA 95853)
12338170      Wachovia Bank N.A.,    PO Box 50014,   Roanoke, VA 24040-0014
12338171      Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
12450227     +Wells Fargo Bank,    1 Home Campus,   MAC X2303-01A,    Des Moines IA 50328-0001
12338172     +Wells Fargo Bank,    18700 Nw Walker Rd,    Beaverton, OR 97006-2950
12359558      Wells Fargo Bank NA,    c/o Chandra Arkema, Esq,    Woodcrest Corporate Center,
               111 Woodcrest Road, Ste 200,    Cherry Hill, NJ 08003-3620
12338173     +Wells Fargo Bank Nv Na,    Po Box 31557,   Billings, MT 59107-1557
12346889     +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
               Des Moines, IA 50306-9210
12389551      Wells Fargo Bank, N.A.,    Home Equity Group,    X2303-01A - 1 Home Campus,
               Des Moines, IA 50328-0001
13191989     +Wells Fargo Bank, N.A., as Trustee , fo,    Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
12338175     +Wf/Wb Cc,   Po Box 3117,   Winston Salem, NC 27102-3117
12338176     +Wfnnb/New York & Compa,    220 W Schrock Rd,    Westerville, OH 43081-2873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Dec 23 2016 02:09:05      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2016 02:08:21
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2016 02:08:39      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
12338142      E-mail/Text: roy.buchholz@allianceoneinc.com Dec 23 2016 02:07:41
               Alliance One Receivables Mgt., Inc.,    P.O. Box 3100,   Southeastern, PA 19398-3100
12388481     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 23 2016 02:08:22      Asset Acceptance LLC,
               Po Box 2036,   Warren MI 48090-2036
12445174     +E-mail/Text: bncmail@w-legal.com Dec 23 2016 02:08:29      CANDICA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12338150     +E-mail/Text: bankruptcy@phila.gov Dec 23 2016 02:09:05      City of Philadelphia,
               1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1504
12361664      E-mail/Text: mrdiscen@discover.com Dec 23 2016 02:07:42      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
```

```
District/off: 0313-2          User: Virginia              Page 2 of 3                   Date Rcvd: Dec 22, 2016
                              Form ID: 138NEW             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12338151       +E-mail/Text: mrdiscen@discover.com Dec 23 2016 02:07:42      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
12338152       +E-mail/Text: alexa.yandell@savantlg.com Dec 23 2016 02:09:07      Heritage Pacific Financial,
                 2200 K Avenue, Suite 200,    Plano, TX 75074-5970
12338158        Fax: 407-737-5634 Dec 23 2016 03:16:45      Ocwen Loan Servicing LLC,    P.O. Box 24737,
                 West Palm Beach, FL 33416-4737
12355229       +Fax: 407-737-5634 Dec 23 2016 03:16:45      Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,     1661 Worthington Rd,   Suite 100,
                 West Palm Beach, FL 33409-6493
13031987       +E-mail/Text: bncmail@w-legal.com Dec 23 2016 02:08:38      Vanda, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                 Seattle, WA 98121-3132
12338144*      +Americas Servicing Co,    Po Box 10328,    Des Moines, IA 50306-0328
12338147*      +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
12338162*      +Police and Fire F.C.U.,    901 Arch Strreet,    Philadelphia, PA 19107-2495
12338169*      +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
12338174*      +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
cr            ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
                 Salt Lake City, UT 84115-4412
12502322      ##+Bank of America, N.A.,    400 National Way,    Mail Stop: CA6-919-01-23,
                 Simi Valley, CA 93065-6414
12338149      ##+Chase,   10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
                                                                                   TOTALS: 0, * 6, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
```
          ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For The Pooling And
           Servicing Agreement etal paeb@fedphe.com
          ANTHONY R. DISTASIO    on behalf of Creditor    WELLS FARGO BANK NA ard@ldaklaw.com
          CHANDRA M. ARKEMA    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK,
           N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed
           Pass-Through Certificates Series 2004-WHQ1 pabk@logs.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust
           for the registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through
           Certificates, Series 2004-WCW1 debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
          DAVID H. LIPOW    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust for the
           registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through Certificates,
           Series 2004-WCW1 bkecf@milsteadlaw.com,    dlipow@milsteadlaw.com
          DAVID M. OFFEN    on behalf of Debtor Vincent   Talmadge dmo160west@gmail.com,
           davidoffenecf@gmail.com
```

```
District/off: 0313-2           User: Virginia              Page 3 of 3                   Date Rcvd: Dec 22, 2016
                               Form ID: 138NEW             Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         DAVID M. OFFEN    on behalf of Joint Debtor Rachel I. Talmadge-Smith dmo160west@gmail.com, davidoffenecf@gmail.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JOHN ERIC KISHBAUGH    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK, N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed Pass-Through Certificates Series 2004-WHQ1 jkishbaugh@udren.com, vbarber@udren.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         KIMBERLY A. BONNER    on behalf of Creditor    US Bank National Association, as Trustee for Credit Suisse First Boston 2005-8 amps@manleydeas.com
         MARGARET GAIRO    on behalf of Creditor    WELLS FARGO BANK NA ecfmail@mwc-law.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         SHERNESE V. WOODBINE    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
         THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         TOTAL: 18

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Vincent Talmadge and Rachel I. Talmadge−Smith

    Debtor(s)

Bankruptcy No: 11−12428−sr

Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/22/16