United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-12428-sr
Vincent Talmadge                                                          Chapter 13
Rachel I. Talmadge-Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 2          Date Rcvd: Jun 02, 2017
                             Form ID: 3180W        Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 04, 2017.
db/jdb          +Vincent Talmadge,    Rachel I. Talmadge-Smith,    2127 S. Opal Street,
                 Philadelphia, PA 19145-3605
12430146        +OLD REPUBLIC INSURANCE,    C/O LCS FINANCIAL SERVICES,    6782 S. POTOMAC ST #100,
                 CENTENNIAL, CO 80112-3915
12338162        +Police and Fire F.C.U.,    901 Arch Streeet,    Philadelphia, PA 19107-2495
13191989        +Wells Fargo Bank, N.A., as Trustee , fo,    Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,    Salt Lake City, UT 84115-4412


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Jun 03 2017 00:53:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 03 2017 00:52:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 03 2017 00:53:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12388481        +EDI: ACCE.COM Jun 03 2017 00:53:00     Asset Acceptance LLC,    Po Box 2036,
                 Warren MI 48090-2036
12338150         E-mail/Text: bankruptcy@phila.gov Jun 03 2017 00:53:22     City of Philadelphia,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA 19102
12361664         EDI: DISCOVER.COM Jun 03 2017 00:53:00     Discover Bank,    DB Servicing Corporation,
                 PO Box 3025,    New Albany, OH  43054-3025
12355229        +Fax: 407-737-5634 Jun 03 2017 02:04:23     Ocwen Loan Servicing, LLC,
                 Attn: Bankruptcy Department,    1661 Worthington Rd,    Suite 100,
                 West Palm Beach, FL 33409-6493
12356832         EDI: TFSR.COM Jun 03 2017 00:53:00     Toyota Motor Credit Corporation,    PO BOX 8026,
                 Cedar Rapids, IA. 52408-8026
12385919         EDI: TFSR.COM Jun 03 2017 00:53:00     Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                 Cedar Rapids, Iowa 52408-8026
13031987        +EDI: OPHSUBSID.COM Jun 03 2017 00:53:00     Vanda, LLC,    c/o Weinstein & Riley, P.S.,
                 2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12450227        +EDI: WFFC.COM Jun 03 2017 00:53:00     Wells Fargo Bank,    1 Home Campus,    MAC X2303-01A,
                 Des Moines IA 50328-0001
12389551         EDI: WFFC.COM Jun 03 2017 00:53:00     Wells Fargo Bank, N.A.,    Home Equity Group,
                 X2303-01A - 1 Home Campus,    Des Moines, IA 50328-0001
12346889        +EDI: WFFC.COM Jun 03 2017 00:53:00     Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,
                 Recovery Department,    P.O. Box 9210,    Des Moines, IA 50306-9210
                                                                                         TOTAL: 13


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2017                        Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on Jun 1, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For The Pooling And
               Servicing Agreement etal paeb@fedphe.com
              ANTHONY R. DISTASIO    on behalf of Creditor    WELLS FARGO BANK NA ard@ldaklaw.com

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jun 02, 2017
                             Form ID: 3180W            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
           CHANDRA M. ARKEMA    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK,
           N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed
           Pass-Through Certificates Series 2004-WHQ1 pabk@logs.com
           DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust
           for the registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through
           Certificates, Series 2004-WCW1 debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
           DAVID H. LIPOW    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust for the
           registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through Certificates,
           Series 2004-WCW1 bkecf@milsteadlaw.com,  dlipow@milsteadlaw.com
           DAVID M. OFFEN    on behalf of Debtor Vincent  Talmadge dmo160west@gmail.com,
           davidoffenecf@gmail.com
           DAVID M. OFFEN    on behalf of Joint Debtor Rachel I. Talmadge-Smith dmo160west@gmail.com,
           davidoffenecf@gmail.com
           FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
           FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
           JOHN ERIC KISHBAUGH    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK,
           N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed
           Pass-Through Certificates Series 2004-WHQ1 jkishbaugh@udren.com,  vbarber@udren.com
           JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
           KIMBERLY A. BONNER    on behalf of Creditor    US Bank National Association, as Trustee for Credit
           Suisse First Boston 2005-8 amps@manleydeas.com
           MARGARET GAIRO    on behalf of Creditor    WELLS FARGO BANK NA ecfmail@mwc-law.com
           MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A. mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
           POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
           SHERNESE V. WOODBINE    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
           THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 19
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Vincent Talmadge** | Social Security number or ITIN   **xxx–xx–4973** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Rachel I. Talmadge–Smith** | Social Security number or ITIN   **xxx–xx–8540** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **11–12428–sr** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vincent Talmadge

Rachel I. Talmadge–Smith
aka Rachel T Smith–Talmadge

6/1/17

**By the court:**   Stephen Raslavich
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**