**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Vincent Talmadge and Rachel I. Talmadge-Smith aka Rachel T. Smith-Talmadge<br><br>        Debtors/Movants<br><br>        v.<br><br>Wells Fargo Bank, N.A., or its Successor or Assignee<br><br>        Creditor/Respondent | Chapter 13<br><br>Bankruptcy No. 11-12428-SR |

**ORDER APPROVING STIPULATION SETTLING DEBTOR'S MOTION TO TRANSFER TITLE OF THE PROPERTY TO WELL FARGO BANK, N.A.**

It is hereby ORDERED that the Stipulation Settling Debtor's Motion to Transfer Title of the Property to Wells Fargo Bank. N.A. (POC No. 8-1) is hereby APPROVED.

Dated:_____

_____
United States Bankruptcy Judge
**STEPHEN RASLAVICH**

**Dated: June 8, 2017**