United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Vincent Talmadge
Rachel I. Talmadge-Smith
    Debtors

Case No. 11-12428-sr
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jun 08, 2017
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.
db/jdb     +Vincent Talmadge, Rachel I. Talmadge-Smith, 2127 S. Opal Street, Philadelphia, PA 19145-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:

    ALEXANDRA T. GARCIA    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com
    ANDREW SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For The Pooling And Servicing Agreement etal paeb@fedphe.com
    ANTHONY R. DISTASIO    on behalf of Creditor    WELLS FARGO BANK NA ard@ldaklaw.com
    CHANDRA M. ARKEMA    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK, N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed Pass-Through Certificates Series 2004-WHQ1 pabk@logs.com
    DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust for the registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through Certificates, Series 2004-WCW1 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
    DAVID H. LIPOW    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust for the registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through Certificates, Series 2004-WCW1 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
    DAVID M. OFFEN    on behalf of Joint Debtor Rachel I. Talmadge-Smith dmo160west@gmail.com, davidoffenecf@gmail.com
    DAVID M. OFFEN    on behalf of Debtor Vincent Talmadge dmo160west@gmail.com, davidoffenecf@gmail.com
    FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    JOHN ERIC KISHBAUGH    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK, N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed Pass-Through Certificates Series 2004-WHQ1 jkishbaugh@udren.com, vbarber@udren.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    KIMBERLY A. BONNER    on behalf of Creditor    US Bank National Association, as Trustee for Credit Suisse First Boston 2005-8 amps@manleydeas.com
    MARGARET GAIRO    on behalf of Creditor    WELLS FARGO BANK NA ecfmail@mwc-law.com
    MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
    POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
    SHERNESE V. WOODBINE    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
    THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

    TOTAL: 19

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Vincent Talmadge and Rachel I. Talmadge-Smith aka Rachel T. Smith-Talmadge<br><br>　　　　　Debtors/Movants<br><br>　　　v.<br><br>Wells Fargo Bank, N.A., or its Successor or Assignee<br><br>　　　　　Creditor/Respondent | Chapter 13<br><br>Bankruptcy No. 11-12428-SR |

## ORDER APPROVING STIPULATION SETTLING DEBTOR'S MOTION TO TRANSFER TITLE OF THE PROPERTY TO WELL FARGO BANK, N.A.

　　　It is hereby ORDERED that the Stipulation Settling Debtor's Motion to Transfer Title of the Property to Wells Fargo Bank. N.A. (POC No. 8-1) is hereby APPROVED.

Dated:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　**STEPHEN RASLAVICH**

　　　　　　　　　　　　　　　　　　　**Dated: June 8, 2017**