United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-12428-sr
Vincent Talmadge                                                      Chapter 13
Rachel I. Talmadge-Smith
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Virginia              Page 1 of 1              Date Rcvd: Aug 10, 2017
                               Form ID: 195                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db/jdb        +Vincent Talmadge,    Rachel I. Talmadge-Smith,    2127 S. Opal Street,
               Philadelphia, PA 19145-3605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Wells Fargo Bank, N.A. ecfmail@mwc-law.com
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA As Trustee For The Pooling And
               Servicing Agreement etal paeb@fedphe.com
              ANTHONY R. DISTASIO    on behalf of Creditor    WELLS FARGO BANK NA ard@ldaklaw.com
              CHANDRA M. ARKEMA    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK,
               N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed
               Pass-Through Certificates Series 2004-WHQ1 pabk@logs.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust
               for the registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through
               Certificates, Series 2004-WCW1 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee , in trust for the
               registered holders of Park Place Securities, Inc. , Asset-Backed Pass-Through Certificates,
               Series 2004-WCW1 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
              DAVID M. OFFEN    on behalf of Joint Debtor Rachel I. Talmadge-Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Vincent  Talmadge dmo160west@gmail.com,
               davidoffenecf@gmail.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN ERIC KISHBAUGH    on behalf of    Ocwen Loan Servicing, LLC as servicer for WELLS FARGO BANK,
               N.A. Trustee POOLING AND SERVICING AGREEMENT Dated as of September 1, 2004 Asset-Backed
               Pass-Through Certificates Series 2004-WHQ1 jkishbaugh@udren.com,  vbarber@udren.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    US Bank National Association, as Trustee for Credit
               Suisse First Boston 2005-8 amps@manleydeas.com
              MARGARET  GAIRO    on behalf of Creditor    WELLS FARGO BANK NA ecfmail@mwc-law.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Wells Fargo Bank, N.A. mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              SHERNESE V. WOODBINE    on behalf of Creditor    Ocwen Loan Servicing, LLC cblack@udren.com
              THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 19

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Vincent Talmadge and Rachel I. Talmadge−Smith : Case No. 11−12428−sr
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , August 10, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

145
Form 195