UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF
PENNSYLVANIA

In RE:      **Case No.** 11-12428
VINCENT TALMADGE     **Claim No.** 14
RACHEL I TALMADGE-SMITH

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both NOTICES and PAYMENTS, listed in the above stated case be changed;

**Address where Notices to the creditor be sent:**

| FROM: | TO: |
|---|---|
| Wells Fargo Bank, N.A. | Wells Fargo Bank, N.A. |
| Home Equity Group | Default Document Processing |
| 1 Home Campus X2303-01A | N9286-01Y, 1000 Blue Gentian Road |
| Des Moines, IA 50328 | Eagan, MN 55121-7700 |

**Address where Payment to the creditor be sent:**

| FROM: | TO: |
|---|---|
| Wells Fargo Operations Center | Wells Fargo Bank, N.A. |
| P.O. Box 31557 B6955-01B | Attention: Payment Processing |
| Billings, MT 59107 | MAC# X2302-04C, 1 Home Campus |
| | Des Moines IA 50328 |

Dated: 03/15/2018     /s/ Dipika Parmar

Creditor's Authorized Agent for Wells Fargo Bank, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing address change document was served via the Bankruptcy Court's electronic filing and notice system on or about the time the address change was filed, to all parties below that are registered to receive electronic notification in the above captioned bankruptcy case.

Case Information

| Debtor(s) | VINCENT TALMADGE  RACHEL I TALMADGE-SMITH | | |
|---|---|---|---|
| Street  2127 S. OPAL STREET | City  PHILADELPHIA | State  PA | Zip  19145 |
| Case Number  11-12428 | Court  Eastern Pennsylvania | Chapter  13 | |

**Trustee:**
FREDERICK L REIGLE
2901 ST LAWRENCE AVE
PO BOX 4010
READING, PA 19606

**Debtor/Attorney for Debtor:**
DAVID M OFFEN
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

By: /s/ Dipika Parmar
Dipika Parmar
P.O. Box 201347
Arlington, TX 76006